UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 8:09-cv-02543-JDW-TGW


MICHAEL MCGEE, et al.,

        Plaintiffs,

vs.

MIKE COOK an Individual and dba
UBIDPROPERTIES.COM; et al.,

        Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS ICG, ADIEL GOREL, DAN BEIT, TRUDY HERRELL AND RON TAGER ONLY [FRCP RULE 41(a)(1)(A)]

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A), plaintiffs dismiss all claims in the Complaint against: (1) ICG, (2) Adiel Gorel, (3) Dan Beit; (4) Trudy Herrell; and (5) Ron Tager only, with prejudice.


Respectfully submitted,

LAW OFFICES OF ALLEN HYMAN

Dated: December 7, 2010    By:   /s/ Allen Hyman, Esq.
                                Allen Hyman, Esq.
                                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS ICG, ADIEL GOREL, DAN BEIT, TRUDY HERRELL AND RON TAGER ONLY [FRCP RULE 41(a)(1)(A)]** with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the Court's CM/ECF system on December 7, 2010. I certify that all participants required to be served in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Executed on December 7, 2010, at North Hollywood, California.

 /s/ Allen Hyman, Esq.
Allen Hyman, Esq.